**COM.**

v.

**PETERS, A.**

**2176 EDA 2015**

Superior Court of Pennsylvania.

04/17/2017

CP–51CR–0001270–2012 (Philadelphia)

Remanded Jurisdiction Retained

**COM.**

v.

**STRONG–NEMBHARD, M.**

**3486 EDA 2015**

Superior Court of Pennsylvania.

04/17/2017

CP–51–CR–0006331–2012 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**WILLIAMS, R.**

**638 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–51–CR–0204911–2005 (Philadelphia)

Affirmed

**COM.**

v.

**WALLACE, A.**

**1116 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–51–CR–0008101–2014 (Philadelphia)

Affirmed—Application to Withdraw as Counsel Granted

**COM.**

v.

**JULY, K.**

**1198 EDA 2016**

Superior Court of Pennsylvania.

04/17/2017

CP–51–CR–0002733–2008 (Philadelphia)

Affirmed